AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED
JUN 08 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 1:17-cr-00139-SAB
Joseph Gamez )
)

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: __Fresno federal courthouse__
_Place_
__2500 Tulare St. Fresno, CA 93b__
on __6/27/17 @ 11 a.m.__
_Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: __6/8/17__                     ★__[signature]__
                                     _Defendant's signature_

Date: __6/8/17__                     __[signature]__
                                     _Judicial Officer's Signature_
                                     STANLEY A. BOONE, U.S. Magistrate Judge
                                     _Printed name and title_

★ Delayed Release until June 9th at 8:00 A.M. ★
To Kevin Mitchel, Federal Defenders Office.